# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LARA ANGUINAGA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-08577-KES-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO RE-FILE PETITION FOR WRIT OF HABEAS CORPUS AS MOTION TO ENFORCE JUDGMENT IN CASE NO. 1:26-cv-04631-KES-SAB, RE-FILE MOTION TO APPOINT COUNSEL IN CASE NO. 1:26-cv-04631-KES-SAB, TERMINATE ALL PENDING MOTIONS AS MOOT, AND ADMINISTRATIVELY CLOSE CASE |

On October 19, 2026, Petitioner, an immigration detainee proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On October 21, 2026, this matter was reassigned because it is related to Anguinaga v. Warden of the Mesa Verde Detention Facility, et al., No. 1:26-cv-04631-KES-SAB, within the meaning of Local Rule 123(a). Additionally, the assigned district judge construed the petition for writ of habeas corpus "as a motion to enforce judgment and referred to the assigned magistrate judge for findings and recommendations and/or other appropriate action." (ECF No. 6.)

Accordingly, the Clerk of Court is DIRECTED to:

1. Re-file the petition for writ of habeas corpus (ECF No. 1) as a motion to enforce judgment in Anguinaga v. Warden of the Mesa Verde Detention Facility, et al., No. 1:26-cv-04631-KES-SAB;

2. Re-file the motion to appoint counsel (ECF No. 3) in Anguinaga v. Warden of the Mesa Verde Detention Facility, et al., No. 1:26-cv-04631-KES-SAB;
3. Terminate all pending motions as moot; and
4. Administratively close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge